# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
                Appellant,

vs.

THE STATE OF NEVADA; WASHOE COUNTY; WASHOE COUNTY CRIME LAB; RENE ROMERO, DIRECTOR; AND JEFFREY RIOLO, SR. ANALYST,
                Respondents.

No. 79240

FILED

AUG 2 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Scott N. Freeman, District Judge
       Frank Milford Peck
       Washoe County District Attorney/Civil Division
       Washoe District Court Clerk